428 A.2d 679

Commonwealth v. O'Shea, Appellant.

* Judge Vincent A. Cirillo, of the Court of Common Pleas of Montgomery County, Pennsylvania, is sitting by designation.

* Chief Justice Michael J. Eagen of the Supreme Court of Pennsylvania, is sitting by designation.

Submitted April 12, 1979. Nicholas Radoycis, Jr., for appellant; Robert L. Eberhardt, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and WIEAND and HOFFMAN, JJ.

Judgment of sentence affirmed.

WIEAND, J., did not participate in the decision or consideration of this case.